## BENNETT et al. v. BUCKLEY et al.

Court of Appeals of Kentucky.
May 22, 1953.

Elwood Rosenbaum, Lexington, for appellants.

Harbison, Kessinger, Lisle & Bush, Ben L. Kessinger, Jr., Lexington, for appellees.

PER CURIAM.

On motion for an appeal from the Fayette Circuit Court, Joseph J. Bradley, Judge.

Roy T. Bennett and A. D. Robinson, d/b/a Main Auto Sales, who were plaintiffs in the circuit court, prayed judgment against Ben F. Buckley, Jr., and Ben F. Buckley III, d/b/a Buckley and Company, in the sum of $1,700. At the trial of the cause and at the conclusion of plaintiffs' testimony, the court peremptorily instructed the jury to find for the defendants. The jury returned a verdict in accordance with the instruction, and plaintiffs' petition was dismissed.

The case is reviewable by motion for an appeal under Chapter 24 of the Acts of the General Assembly of 1952, which became effective June 19, 1952.

We have examined the case carefully and are not disposed to disturb the judgment. Therefore, it is affirmed.

## EVERIDGE et al. v. SHEPHERD et al.

Court of Appeals of Kentucky.
May 22, 1953.

S. M. Ward, Hazard, for appellant.

Fred K. Cope, Hazard, for appellee.

PER CURIAM.

The judgment appealed from herein was rendered at the September, 1952, term of the Perry Circuit Court, and the appeal, therefore, comes within the purview of KRS 21.080 as amended by Chapter 24 of the Acts of 1952.

We have examined the record and considered the briefs of counsel, and find that the case involves real estate of less than $2,500 in value and that the evidence supports the judgment of the chancellor.

The motion for an appeal is overruled, and the judgment is affirmed.